UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14-cv-5-RJC

| | |
|---|---|
| TERRY BOYD RHOLETTER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on the Judgement and Mandate of the United States Court of Appeals for the Fourth Circuit, (Doc. Nos. 19, 20), which reversed this Court's March 3, 2015 Judgement, (Doc. No. 14), and remanded the case to this Court. Pursuant to the Fourth Circuit's decision, the Court remands this matter to the Commissioner for further proceedings, including a supplemental hearing.

Upon remand, the Administrative Law Judge shall conduct a new hearing, obtain further vocational expert testimony, independently identify and resolve any conflicts between the expert's testimony and the Dictionary of Occupational Titles, and issue a new decision consistent with the Fourth Circuit's decision in Pearson v. Colvin, 810 F.3d 204 (4th Cir. 2015).

**IT IS, THEREFORE, ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** for a new hearing consistent with this Order and the Fourth Circuit's holdings in Pearson.

Signed: April 12, 2016

Robert J. Conrad, Jr.
United States District Judge