# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| TERRY BOYD RHOLETTER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00005-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 12, 2016 Order.

April 12, 2016

Frank G. Johns, Clerk
United States District Court